No. 78–1545. ZIPES ET AL. v. TRANS WORLD AIRLINES, INC.;

No. 78–1549. TRANS WORLD AIRLINES, INC. v. ZIPES ET AL.; and

No. 80–951. INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS v. TRANS WORLD AIRLINES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 450 U. S. 979.] TWA's motion to limit review in No. 80–951 to the order of the District Court entitled "Order Awarding Seniority," and thereafter to dismiss Nos. 78–1545 and 78–1549 as moot, is denied. Motion filed by petitioners in No. 78–1545 (the "plaintiff class"), requesting that the Court (1) grant TWA's motion; or (2) order TWA and the plaintiff class to stipulate to dismissal of the writs in Nos. 78–1545 and 78–1549; or (3) dismiss Nos. 78–1545 and 78–1549 as moot, is denied. No. 78–1549 is removed from the argument calendar, and further consideration of the case is deferred. The writ of certiorari in No. 80–951 is limited to Questions 1 and 2 presented by the petition and is otherwise dismissed as improvidently granted. JUSTICE STEVENS took no part in the consideration or decision of these motions.

No. 80–939. FEDERAL ELECTION COMMISSION v. DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE; and

No. 80–1129. NATIONAL REPUBLICAN SENATORIAL COMMITTEE v. DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE ET AL. C. A. D. C. Cir. [Certiorari granted, 450 U. S. 964.] Motion of National Republican Senatorial Committee to be designated to argue on behalf of all petitioners denied. Alternative request for divided argument and motion of Federal Election Commission for divided argument granted. Federal Election Commission allotted 20 minutes for oral argument, and National Republican Senatorial Committee allotted 10 minutes for oral argument.